

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
LOUIS C. KIRVEN III
IYF SPORTS PRODUCTIONS, INC.,

        Plaintiffs,

        -against-

J.P. MORGAN CHASE & CO.,
CHASE CARD SERVICES and
BANK ONE,

        Defendants-Petitioner.
--------------------------------X

Docket No.

NOTICE OF REMOVAL

Supreme Westchester
County Index No.:
01966/08

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK:**

    Defendant-Petitioner Chase Bank USA, N.A., s/h/a J.P. Morgan
Chase & Co., Chase Card Services and Bank One ("Chase"), by its
attorneys, Simmons, Jannace & Stagg, L.L.P., Debra L. Wabnik, Esq.,
of counsel, upon information and belief, respectfully petitions the
Court, pursuant to 28 U.S.C. § 1441, as follows:

    1.   In January 2008, the above-captioned civil action was
commenced and is now pending in the Supreme Court of the State of
New York, County of Westchester.  A trial has not yet been had
therein.  A copy of the Summons and Complaint is annexed as Exhibit
"A".  Chase has not yet served an answer to plaintiffs' Complaint.

    2.   The action seeks monetary damages for Chase's alleged
breach of a credit card agreement between plaintiffs and Chase.
The complaint sounds in breach of contract.

    3.   This action involves a controversy between citizens of
different states in that:  (a) plaintiffs are citizens of the State

of New York; and (b) Chase is now, and was at the time the action was commenced, a national banking association chartered under the laws of the United States of America with offices at 200 White Clay Center Drive, Newark, Delaware.

4. This action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332. There is complete diversity between plaintiffs and Chase. In addition, the amount in controversy exceeds $75,000.

5. This Notice of Removal is being filed within thirty (30) days after receipt by Chase of plaintiffs' Complaint.

6. Written notice of the filing of this Notice of Removal will be given to plaintiffs promptly after the filing of this Notice.

7. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of the Supreme Court of the State of New York, County of Westchester promptly after the filing of this Notice.

8. Attached to this Notice, and by reference made a part hereof, are true and correct copies of all process and pleadings filed herein.

9. By filing this Notice of Removal, Chase does not waive any defense which may be available to it, specifically including, but not limited to, its right to contest *in personam* jurisdiction over Chase, improper service of process and the absence of venue in this Court or the Court from which this action has been removed.

**WHEREFORE,** Chase prays that the above-captioned action now pending in the Supreme Court of the State of New York, County of Westchester be removed therefrom to this Court.

Dated:    Syosset, New York
          February 28, 2008

                              SIMMONS, JANNACE & STAGG, L.L.P.
                              Attorneys for Defendant-Petitioner
                              Chase Bank USA, N.A., s/h/a
                              J.P. Morgan Chase & Co.,
                              Chase Card Services and Bank One


                              By:  /s/Debra L. Wabnik
                                   Debra L. Wabnik (dw-0944)
                                   **Office & P.O. Address**
                                   75 Jackson Avenue
                                   Syosset, New York  11791-3139
                                   (516) 357-8100

TO:  Louis C. KIRVEN III
     IYF SPORTS PRODUCTIONS, INC.
     Plaintiffs Pro Se
     **Address:**
     P.O. Box 136
     White Plains, New York 10605
     (914) 286-7408

Notice Removal

3

**Exhibit A**

*HAND  2-7-08    LPS - 4:50 PM*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

Louis C. Kirven III
IYF Sports Productions, Inc.,

            Plaintiff,

     v.

J.P. Morgan Chase & Co.,
Chase Card Services and
Bank One

         Defendants.

Index No.: *01966/08*
Date Purchased: *1/25/08*

**SUMMONS**

The basis of venue under CPLR 503 is that
the plaintiff resides in Westchester County.

RECEIVED

To the above named Defendants:

     YOU ARE HEREBY SUMMONED to answer the Complaint in this matter and to serve
a copy of your Answer, or, if the Complaint is not served with this Summons, to serve a Notice
of Appearance, on the Plaintiff's attorneys within 20 days after the service of this Summons,
exclusive of the day of service (or within 30 days after service is complete if this Summons is not
personally delivered to you within the State of New York); and in the case of your failure to
appear or answer, judgment will be taken against you by default for the relief demanded in the
Complaint.

Dated:     White Plains, New York
           January 24, 2008

                         Respectfully submitted,

                         Louis C. Kirven IIII

                         By:

                         *P.O. Box 136*
                         White Plains, New York 10605
                         Telephone: *914. 286. 7408*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

Louis C. Kirven III
IYF Sports Productions, Inc.

        Plaintiff,

    v.

J.P. Morgan Chase & Co.,
Chase Card Services and
Bank One, Inc.

        Defendants.

Index No.: 01966/08

**COMPLAINT**

RECEIVED

Plaintiff Louis C. Kirven III, as and for his Complaint in this action, alleges, with knowledge as to himself and his own acts, and otherwise upon information and belief, as follows:

**PRELIMINARY STATEMENT**

1.    This is an action arising out of defendants' breach of a credit card agreement in June of 2007 for money damages and equitable relief, including specific performance, arising out of defendants' breach of an agreement between the parties, which breach has injured and is continuing to injure plaintiff. Defendant J.P. Morgan Chase & Co. is a Delaware corporation.

**PARTIES**

2.    Plaintiff Louis C. Kirven III and IYF Sports Productions, Inc. ("Plaintiff") is a corporation with an address at PO Box 136, White Plains, New York 10605. Louis C. Kirven III is the president of IYF Sports Productions, Inc.

1

3.    Defendant J.P. Morgan Chase & Co. is a New York foreign business corporation organized and existing under the laws of the State of Delaware with its' main office at 270 Park Avenue, New York, New York 10017.

## JURISDICTION AND VENUE

4.    Jurisdiction over defendants is proper in this State under CPLR. 301.

5.    Venue is proper in this County under CPLR 503 because the plaintiff resides in this County.

## FACTS

6.    Plaintiff is an entrepreneur who created a start-up company to develop innovative youth sports programs and competitions to encourage children's physical fitness and educational activities.

7.    Plaintiff's innovative programs has been utilized by Boys and Girls Clubs, YMCA, Municipal Park and Recreation organizations and has been enjoyed by over 10,000 boys and girls.

8.    In December 2002, the Plaintiff receive a solicitation and entered into a business credit card agreement with Bank One that guaranteed a 9.9% interest rate for the life of the loan.   The account number is 4246311919546363.

9.    The Plaintiff made timely payments to the Defendant every month for nearly 5 years.

10.    On July 1, 2004, J.P. Morgan Chase & Co. merged with Bank One.

11.    Chase Card Services is a division of J.P. Morgan Chase & Co.

2

12.    In or about June 2007, Defendant unilaterally changed the terms of the credit card agreement and raised the interest rate from 9.9% to 29.99%.

13.    In June 2007, the Plaintiff contacted the Defendant through a telephone representative. Defendant's representative stated that Plaintiff received written notice that the terms of the agreement were subject to change. Defendant further stated that Plaintiff failed to respond by date certain to preserve the original terms of the agreement and therefore has waived all rights.

14.    Plaintiff never received notice from Defendant.

15.    Defendant breached the terms of the agreement and the Plaintiff ceased making further payments.

16.    This account was opened as a business account. Throughout the history of this account, the account was never reflected on Plaintiff's "personal" credit report.

17.    In or about July 2007, Defendant began reporting negative information on the Plaintiffs "personal" credit to credit reporting agencies. Thus, negatively impacting Plaintiff's personal credit history.

## CAUSES OF ACTION

18.    Plaintiff repeats and incorporates herein the allegations set forth in paragraphs 1 through 17 above.

19.    Defendant failed to perform its obligation pursuant to the original credit card agreement materially breaching the agreement.

3

20.     Defendant intentionally injured the plaintiff by committing fraud and misrepresentations to credit bureaus to ruin the personal credit of the Plaintiff to enforce their unlawful breach of the agreement.

21.     By reason of the foregoing, Plaintiff Louis C. Kirven III and IYF Sports Productions, Inc. have been injured financially and in reputation.


WHEREFORE, the plaintiff, Louis C. Kirven III, demands judgment against defendants requiring them to specifically perform their obligations under the original agreement and the Plaintiff demands judgment against the defendants, jointly and severally, in the sum of 10 million ($10,000,000) Dollars, and the costs, interests and disbursements of this action.

Dated:     White Plains, New York
           January 24, 2008


Respectfully submitted,

Louis C. Kirven III

By:

P. O. Box 136
White Plains, New York 10605
Telephone: 914. 286. 7408

4