08 CV 2068

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X   Docket No.:
LOUIS C. KIRVEN III
IYF SPORTS PRODUCTIONS, INC.,

      Plaintiffs,                          **RULE 7.1 DISCLOSURE**

      -against-

J.P. MORGAN CHASE & CO.,
CHASE CARD SERVICES and
BANK ONE,

      Defendants.
------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1, Chase Bank USA, N.A., s/h/a J.P. Morgan Chase & Co., Chase Card Services and Bank One, by its attorneys, Simmons, Jannace & Stagg, L.L.P., discloses and identifies its parent corporation, JPMorgan Chase & Co., which is a publicly traded corporation whose stock trades under the symbol "JPM". Chase Bank USA, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co.

Dated:    Syosset, New York
           February 28, 2008

                                SIMMONS, JANNACE & STAGG, L.L.P.
                                Attorneys for Defendant
                                Chase Bank USA, N.A., s/h/a
                                J.P. Morgan Chase & Co.,
                                Chase Card Services and Bank One

                                By:   /s/Debra L. Wabnik
                                    Debra L. Wabnik (dw-0944)
                                **Office & P.O. Address**
                                75 Jackson Avenue
                                Syosset, New York 11791-3139
                                (516) 357-8100

TO:   Louis C. KIRVEN III
      IYF SPORTS PRODUCTIONS, INC.
      Plaintiffs Pro Se
      **Address:**
      P.O. Box 136
      White Plains, New York 10605
      (914) 286-7408

rule 7.1