## CERTIFICATE OF SERVICE

RE:      **LOUIS C. KIRVEN III, IYF SPORTS PRODUCTIONS, INC.
         V. J.P. MORGAN CHASE & CO., CHASE CARD SERVICES
         AND BANK ONE
         Docket Number:  08 CV 2068 (WCC) (MDF)
         Conner, J.
         Fox, M.**

I hereby certify that on March 6, 2008, the Rule 7.1 Disclosure of Defendant Chase Bank USA, N.A., s/h/a J.P. Morgan Chase & Co., Chase Card Services and Bank One was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service upon the following parties and participants:

> Louis C. KIRVEN III
> IYF SPORTS PRODUCTIONS, INC.
> Plaintiffs Pro Se
> **Address:**
> P.O. Box 136
> White Plains, New York 10605
> (914) 286-7408
> **Via First Class Mail**

                              /s/Debra L. Wabnik
                              DEBRA L. WABNIK (dw-0944)
                              SIMMONS, JANNACE & STAGG, L.L.P.
                              **Office & P.O. Address:**
                              75 Jackson Avenue
                              Syosset, New York  11791-3139
                              (516) 357-8100