<u>**CERTIFICATE OF SERVICE**</u>

RE:   **LOUIS C. KIRVEN III, IYF SPORTS PRODUCTIONS, INC.
V. J.P. MORGAN CHASE & CO., CHASE CARD SERVICES
AND BANK ONE
Docket Number:  08 CV 2068 (WCC) (MDF)
Conner, J.
Fox, M.**

I hereby certify that on March 6, 2008, the Civil Cover Sheet, Notice of Removal of Defendant Chase Bank USA, N.A., s/h/a J.P. Morgan Chase & Co., Chase Card Services and Bank One was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service and the Individual Practices of Judge William C. Conner and the Individual Practices of Magistrate Judge Mark D. Fox were served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service upon the following parties and participants:

>   Louis C. KIRVEN III
>   IYF SPORTS PRODUCTIONS, INC.
>   Plaintiffs Pro Se
>   **Address:**
>   P.O. Box 136
>   White Plains, New York 10605
>   (914) 286-7408
>   **Via First Class Mail**

>                           /s/Debra L. Wabnik
>                           DEBRA L. WABNIK (dw-0944)
>                           SIMMONS, JANNACE & STAGG, L.L.P.
>                           **Office & P.O. Address:**
>                           75 Jackson Avenue
>                           Syosset, New York  11791-3139
>                           (516) 357-8100