**CERTIFICATE OF SERVICE**

RE:   **LOUIS C. KIRVEN III, IYF SPORTS PRODUCTIONS, INC.
V. J.P. MORGAN CHASE & CO., CHASE CARD SERVICES
AND BANK ONE
Docket Number:  08 CV 2068 (WCC) (MDF)
Conner, J.
Fox, M.**

I hereby certify that on March 10, 2008, the Answer with Counterclaim of Defendant Chase Bank USA, N.A., s/h/a J.P. Morgan Chase & Co., Chase Card Services and Bank One was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules On Electronic Service upon the following parties and participants:

> Louis C. KIRVEN III
> IYF SPORTS PRODUCTIONS, INC.
> Plaintiffs Pro Se
> **Address:**
> P.O. Box 136
> White Plains, New York 10605
> (914) 286-7408
> **Via First Class Mail**

> /s/Debra L. Wabnik
> DEBRA L. WABNIK (dw-0944)
> SIMMONS, JANNACE & STAGG, L.L.P.
> **Office & P.O. Address:**
> 75 Jackson Avenue
> Syosset, New York  11791-3139
> (516) 357-8100